IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14mj 243 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | COMPLAINT |
| TORY LARENZO VAZQUEZ | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal, this Order, the Complaint, Affidavit, and Warrants be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal, this Order, the Complaint, Affidavit, and Warrants be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of November, 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE